UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 2:12-cr-91-FtM-29SPC

**KAREN CACO**

## ORDER

This matter comes before the Court on Defendant's Unopposed Motion to Waive Her Appearance at Arraignment (Doc. #20) filed on August 28, 2012. Defense Counsel moves the Court for permission to waive personal appearance at the Arraignment. Counsel indicates the Defendant has been provided a copy of the Indictment and has discussed it with Counsel. She is aware of the charges against her. As such, the Defendant acknowledges she is knowingly and voluntarily executing a waiver pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, waiving her appearance at the Arraignment, waiving a formal reading of the Indictment and requesting the Court enter a plea of not guilty on her behalf. The Government does not have an objection. The Court, having considered the motion, finds good cause and will grant permission to waive personal appearance as outlined below.

Accordingly, it is now

**ORDERED:**

The Defendant's Unopposed Motion to Waive Her Appearance at Arraignment (Doc. #20) is **GRANTED**. The Clerk is directed to enter a plea of Not Guilty to the charges contained within the Indictment. The Court will issue a Scheduling Order under separate cover.

**DONE AND ORDERED** at Fort Myers, Florida, this 28th day of August, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:   Counsel of Record