UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:12-cr-91-FtM-29SPC

KAREN CACO

### ORDER

This matter comes before the Court on Defendant's Unopposed Motion to Waive Her Appearance at Re-Arraignment (Doc. #59) filed on March 26, 2013. Defense Counsel moves the Court for permission to waive personal appearance at the Arraignment on the Superceding Indictment. Counsel indicates the Defendant has been provided a copy of the Superceding Indictment and has discussed it with Counsel. She is aware of the charges against her. As such, the Defendant acknowledges she is knowingly and voluntarily executing a waiver pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, waiving her appearance at the Arraignment, waiving a formal reading of the Superceding Indictment and requesting the Court enter a plea of not guilty on her behalf. The Government does not have an objection. The Court, having considered the motion, finds good cause and will grant permission to waive personal appearance as outlined below.

Accordingly, it is now

**ORDERED:**

Defendant's Unopposed Motion to Waive Her Appearance at Re-Arraignment (Doc. #59) is **GRANTED**. The Clerk is directed to enter a plea of Not Guilty to the charges contained

within the Superceding Indictment. The case will remain on the current April 2013 trial term unless otherwise ordered by the District Court.

**DONE AND ORDERED** at Fort Myers, Florida, this 28th day of March, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: Counsel of Record